IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MELTON LEE MILLER                                            PLAINTIFF

v.                          Case No. 4:15-cv-04087

JOHN FELT; SANDRA DAUZAT;
and ASHLEY VAIL                                       DEFENDANTS

## **ORDER**

      Before the Court is the Report and Recommendation filed November 20, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the Plaintiff's claim be dismissed in part pursuant to 28 U.S.C. § 1915A.

      The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claim that he was arrested and sentenced to prison under an alias is hereby **DISMISSED**. Plaintiff's due process claim regarding the denial of his right to confront witnesses remains for further resolution.

      **IT IS SO ORDERED**, this 10th day of December, 2015.

                                                                                  /s/ Susan O. Hickey
                                                                                  Susan O. Hickey
                                                                                  United States District Judge